IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO LOPEZ, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERCONTINENTAL CAPITAL GROUP, DUSTIN DIMISA, AND MICHAEL CABALES<br><br>    Defendants. | Case No. 23-cv-04464-NCM-AYS<br><br>ECF CASE |

## APPLICATION FOR DEFAULT JUDGMENT

Plaintiff, Sergio Lopez, individually and on behalf of all others similarly situated, submits this Application for A Default Judgment against Defendant Michael Cabales by the Court pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

Plaintiffs commenced this action on June 16, 2023 by filing a summons and complaint. Plaintiffs filed an amended complaint on July 12, 2024 adding Michale Cabales as a Defendants. A copy of the summons and amended complaint was served on Defendants Michael Cabales on August 20, 2025. No answer or responsive pleading was filed Defendant Cabales in the time allotted by the Fed. R. Civ. P.

Defendant Cabales is not an infant or incompetent persons.

Defendant Cabales has defaulted in appearance in this action.

Plaintiffs seek damages for Defendants' failure to pay minimum wages, overtime, liquidated damages, and attorneys' fees as required by the Fair Labor Standards Act.

These amounts are subject to calculation at an inquest.

Plaintiff has appended the following documents: (1) the clerk's certificate of default, (2) a copy of the claim to which no response has been made, and (3) a proposed form of default judgment.

Therefore, Plaintiffs respectfully requests that a default judgment be entered against Defendants Michael Cabales.

September 19, 2025                    Respectfully Submitted,

/s/ Erik H. Langeland
Erik H. Langeland
733 3rd Avenue, 16 Floor
New York, NY 10017
(212) 354-6270
(646) 650-2782 fax
elangeland@langelandlaw.com


Attorney For Plaintiffs